**In re Burton Braxton HAGWOOD, Petitioner.**

No. 02–7369.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 23, 2002.

Decided Oct. 31, 2002.

Burton Braxton Hagwood, Petitioner Pro Se.

Before WIDENER, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Burton Hagwood petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has denied Hagwood's § 2255 motion. Accordingly, because the district court has recently decided Hagwood's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*